UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYYAKKANNU MANIVANNAN, | : | CIVIL NO. 4:21-CV-01359 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| COUNTY OF CENTRE, | : | |
| PENNSYLVANIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER
March 30, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the motions for summary judgment (*docs. 127, 132, 136*) are **GRANTED**.  The Clerk of Court is instructed to enter judgment for Defendants Meyer, McGoron, Beck, and Mishra, and close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge